UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES F. WHITESELLL,

    Plaintiff,

v.                                            CASE NO. 6:07-cv-1682-Orl-19KRS

BREVARD COUNTY SHERIFF
DEPARTMENT, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On December 18, 2007, the Court ordered Plaintiff to file an amended complaint within ten days from the date of the order (Doc. No. 17). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida on January 6, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

<u>th</u>    day of January, 2008.

Copies to:
sc 1/6
Charles F. Whitesell